RECEIVED
NOV 14 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DARRIN ROBINSON, | CIVIL ACTION NO. 1:18-CV-966-P |
| VERSUS | JUDGE DEE D. DRELL |
| RODNEY SLAY, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the §1983 complaint and motion for injunctive relief (Doc. 1) is **DENIED and DISMISSED** with prejudice under §§1915(e)(2)(b) and 1915A.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 13th day of November, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE